**Registration #:** PA0002449492
**Service Request #:** 1-13409693661

## Mail Certificate

Crowe & Dunlevy, P.C.
Tynia McQuigg
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102 United States

**Priority:** Special Handling    **Application Date:** January 16, 2024

## Correspondent

**Organization Name:** Crowe & Dunlevy, P.C.
**Name:** Tynia McQuigg
**Email:** ipmail@crowedunlevy.com
**Telephone:** (405)239-6615
**Alt. Telephone:** (405)235-7700
**Address:** 324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102 United States

**PLAINTIFFS'
EXHIBIT NO. 1**

**Registration Number**
# PA 2-449-492
**Effective Date of Registration:**
January 16, 2024
**Registration Decision Date:**
January 17, 2024

## Title

    **Title of Work:** Mini Things

## Completion/Publication

    **Year of Completion:** 2022
    **Date of 1st Publication:** December 27, 2022
    **Nation of 1st Publication:** United States

## Author

-     **Author:** JulieKay, Inc.
    **Author Created:** entire motion picture
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** JulieKay, Inc.
    4414 S. 179th E. Ave., Tulsa, OK, 74134, United States

## Rights and Permissions

    **Organization Name:** Crowe & Dunlevy, P.C.
    **Name:** Tynia McQuigg
    **Email:** ipmail@crowedunlevy.com
    **Telephone:** (405)239-6615
    **Alt. Telephone:** (405)235-7700
    **Address:** 324 N. Robinson Ave.
    Suite 100
    Oklahoma City, OK 73102 United States

## Certification

**Name:** Tynia A. McQuigg
**Date**: January 16, 2024
**Applicant's Tracking Number**: C3974US00