5:06

  

**narsissist** ✓
Business chat



**narsissist** ✓
Instagram
9.6M followers · 6K posts
You've followed this Instagram account since 2018
You both follow mariale and 28 others

**View profile**

You started a chat with narsissist. We use information from this chat to improve your experience. Learn about business chats and your privacy.

**FRI 11:35 AM**

You mentioned @narsissist in your story

**3:36 PM**

 We wanted to reach out regarding the feedback around your post. First and most importantly, we sincerely apologize for not crediting your audio in our content. Please know this was not intentional and we take it very seriously. We are also sorry for the delay in reaching out to you – with the holiday weekend it took us longer than it should have. At this point, please let us know if you would prefer for us to credit you or remove the post entirely. We are taking steps on our side to make sure this doesn't ever happen again.

Tap and hold to react

 Message...   

**PLAINTIFFS'
EXHIBIT NO. 4**