# PLAINTIFF'S EXHIBIT NO. 6

## NARS Video and Comments

## (to be submitted to the Court Clerk via Thumb Drive for Filing)